Petition for Writ of Mandamus Denied and Opinion filed February 6, 2003









Petition for Writ of Mandamus Denied and Opinion filed
February 6, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00067-CV

____________

 

IN RE TEXAS VALLA REAL ESTATE, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 22, 2003, relator,
Texas Valla Real Estate, Inc., filed a petition for
writ of mandamus in this Court.  See
Tex. Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.  In its petition, relator
sought to compel the Hon. Lamar McCorkle, presiding judge of the133rd District
Court of Harris County, to set aside his order compelling arbitration.  

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

 

Petition Denied
and Opinion filed February 6, 2003.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.